# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**UNIFUND CORPORATION,** *et al.*,
    Plaintiffs,

  **-vs-**                               **CASE NO. 1:06-cv-544**
                                         Magistrate Judge Timothy S. Black

**UNIFUND C.C.R. PARTNERS, INC.,**
    Defendant.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

**THAT** the Plaintiffs' Motion for Default Judgment (doc . 45) is **GRANTED**.

Judgment is entered in favor of Plaintiffs and against Defendant for failure to plead.

Date:  November 27, 2007                    **JAMES BONINI, CLERK**

                                                      By: /s/ Mary Rogers
                                                      Deputy Clerk