**United States District Court**
**Southern District of Ohio**
**Western Division**

UNIFUND CORPORATION, *et al.*,
      Plaintiffs                     Case No. 1:06cv544

                                        Magistrate Judge Black

vs.


UNIFUND CCR PARTNERS, INC.,
      Defendant.


**ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION**

This matter came before the Court on Plaintiffs' Motion for Permanent Injunction (Doc. 51). In light of the fact that this Court previously granted Plaintiffs' Motion for Default Judgment, the Court finds Plaintiffs' Motion for Permanent Injunction well taken and is, accordingly, GRANTED. As a result, a permanent injunction is hereby entered against Defendant Unifund CCR Partners, Inc., precluding it from continuing to operate business as Unifund CCR Partners, Inc., or under any name including "Unifund" or any similar depiction of "Unifund" in its business name.


Date:  9/12/08                  **/s/Timothy S. Black**
                               Timothy S. Black
                               United States Magistrate Judge